## GRIGGS contᵃ CHOCK

William Griggs plaint. contᵃ Peter Chock Defendᵗ in an action of debt of thirty five pounds mony or thereabouts according to Attachment. . . ; The Jury . . . found for the Defendᵗ costs of Court.

## CLARKE contᵃ LAMB

Hugh Clarke Administratoʳ to the Estate of Joseph Buckmaster of Muddy River deceᵈ plaint. contᵃ Abiel Lamb Defendᵗ in an action of trespass for comming upon the sᵈ Buckmasters Land & cutting and carrying away wood off the sᵈ Land according to attachmᵗ. . . . The Jury . . . found for the Defendᵗ costs of Court granted nine Shillings two pence.

[ This case, involving questions of administrators' powers, precipitates us into the middle of the litigation over the Buckminster (or Buckmaster) properties. In S. F. 2997 are fifty-two papers relating to the controversies which arose not only over the estate of Joseph Buckminster, but over that of his father, Thomas Buckminster, as well.

, Administration of the estate of Joseph Buckminster appears to have been granted in 1668 to Elizabeth, his widow, and to her father, Hugh Clarke; a mutilated copy of their bond for administration is in S. F. 2997.19. In his capacity as administrator, Clarke let to his son John, in 1669, the whole estate "vntill," as two witnesses later testified (S. F. 2997.30), "the heire Joseph Buckminster cum to the Age of twenty one yeares . . . for tenn pounds per Annum in the behalfe of Elizabeth Buckminster Widdow of the sayd Joseph deceased and her Children and this was done by the sayd widdows Aprobation and consent as shee did declare & Manifest to vs." The arrangement was confirmed in 1671; a copy of the agreement, undated and in fragmentary form, is in S. F. 2997.18.

In September, 1671, the Court of Assistants ordered as follows (S. F. 2997.8):

Jn Answer to the peticion of Hugh Clarke and Elisabeth Buckmstr Jt is ordered that Thomas Gardiner & mʳ John Peirpoint shall & hereby are are Appointed a Comittee to lay out the peticonʳ hir Just thirds as the law Directs.

The committee performed its function, and estimated "eight pounds a yeare in [Country pay to] bee a competent Rent" for the widow's portion (S. F. 2997.43).

The next January (1671/72), Elizabeth and her father made an agreement, the only surviving copy of which is badly damaged, but the general